UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Amoroso,

                Plaintiff(s),

    -against –

Ally Financial Inc., et al.,

                Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-00898 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Experian Information Solutions, Inc.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Experian Information Solutions, Inc.)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: June 8, 2022
    White Plains, New York

_Cathy Seibel_
_____
CATHY SEIBEL, U.S.D.J.